# United States Court of Appeals
## For the First Circuit

Nos. 10-1418, 10-1419, 10-1465, 10-1466,
        10-2368, 10-2369, 11-2254, 11-2256

JOHN E. DAVIS, Administrator of the Estate of Debra Davis; ROBERT
  P. DAVIS, Administrator of the Estate of Debra Davis; MARION
   HUSSEY, in her capacity as Administratrix of the Estate of
                      Deborah Hussey,

              Plaintiffs, Appellees/Cross-Appellants,

                             v.

                  UNITED STATES OF AMERICA,

              Defendant, Appellant/Cross-Appellee.

                      _____

JOHN J. CONNOLLY; JOHN M. MORRIS; LAWRENCE SARHATT; H. PAUL RICO;
    ROBERT FITZPATRICK; JAMES RING; RODERICK KENNEDY; JAMES
 GREENLEAF; JAMES AHEARN; JAMES BULGER; STEPHEN FLEMMI; JOHN DOES
                           1-50,

                        Defendants.

                         ERRATA

     The opinion of this Court, issued on January 20, 2012, should

be amended as follows.

     On page 3, lines 1 and 2, replace "a judgment" with

"judgments".